# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT YSARRARAS RAMIREZ, SR., <br><br>　　　　　　Plaintiff, <br><br>　　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　　Defendant. | Case No.: 1:15-cv-01187 - JLT <br><br> SECOND ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

　　　　Vincent Ysarraras Ramirez, Sr., seeks to proceed with an action against the Commissioner of Social Security.  As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee.  28 U.S.C. § 1915(a).  However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore."  28 U.S.C. § 1915(a)(1).  Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis ("IFP") is granted by the Court.  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

　　　　Plaintiff commenced this action by filing a complaint on July 30, 2015. (Doc. 1)  However, Plaintiff failed to pay the requisite filing fee or to file a motion to proceed IFP.  Therefore, on August 4, 2015, the Court ordered Plantiff to either pay the filing fee or file a a motion to proceed IFP. (Doc. 2)  On August 12, 2015, Plaintiff filed a response to the Court's order, saying he "received a denial of

1

informa pauperis [but] the document was stolen..." (Doc. 3 at 1)

However, the Court has not received a request from Plaintiff to proceed IFP in this action, and as such, the Court has not determined whether Plaintiff saitsifies the requirements of 28 U.S.C. § 1951(a)(1). Accordingly, the Court will grant Plaintiff an extension of time to either pay the filing fee or file a motion to proceed IFP in this matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff **SHALL** pay the filing fee within 21 days of service of this order, *or*
2. In the alternative, Plaintiff **SHALL** file a motion to proceed in forma pauperis within 21 days of service.
3. **Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated:   **August 20, 2015**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

2